**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDY MAYO
ADC #134578                                                                                           PLAINTIFF

V.                                           5:06CV00179 WRW

RICK TONEY *et al.*                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.       IT IS THEREFORE ORDERED THAT:

   1. The motion to dismiss filed by Ifediora and Stone (docket entry #9) is GRANTED, and Plaintiff's claims against Ifediora and Stone are DISMISSED WITHOUT PREJUDICE.

   2. Ifediora and Stone's second motion to dismiss (docket entry #29) is DENIED AS MOOT.

   3. The motion to dismissed filed by Toney and Davis (docket entry #11) is GRANTED, and Plaintiff's claims against Toney and Davis are DISMISSED WITHOUT PREJUDICE.

   4. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of December, 2006.

                                                   /s/Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE