# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RANDY MAYO
ADC #134578                                                                                           PLAINTIFF

V.                                       5:06CV00179-WRW

RICK TONEY *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The relief sought is denied.

DATED this 5th day of December, 2006.

                                                                /s/Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE